## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JOE NATHAN JAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 1:22-cv-253-TFM-N |
| | ) |
| TERRY RAYBON, | ) |
| Warden at Holman Prison | ) |
| | ) |
| JOHN HAMM, | ) |
| Commissioner at Department of | ) |
| Corrections | ) |
| | ) |
| STEVE MARSHALL, | ) |
| Attorney General of Alabama, | ) |
| | ) |
| Defendants, | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, Richard D. Anderson, and enters his appearance as counsel for the Defendants in the above-styled cause.

Respectfully submitted,

Steve Marshall
*Attorney General*

*s/ Richard D. Anderson*
Richard D. Anderson
*Assistant Attorney General*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. A copy was also served on the petitioner by FedEx Priority Overnight addressed as follows:

Joe Nathan James Jr.
AIS # Z610
Holman Prison
1240 Ross Road
Atmore, Alabama 36502

*s/ Richard D. Anderson*
Richard D. Anderson
*Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL  36130
Tel:  (334) 353-2021
Fax: (334) 353-8400
Richard.Anderson@AlabamaAG.gov