# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOE NATHAN JAMES, JR.,** )<br>**AIS 000Z610** )<br>  )<br>    **Plaintiff,** )<br>**vs.** )<br>  )<br>  ) **CIV. ACT. NO. 1:22-cv-253-TFM-N**<br>**TERRY RAYBON, Warden,** *et. al.***,** )<br>  )<br>    **Defendants.** ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is

**ORDERED**, **ADJUDGED** and **DECREED** that this action is **DISMISSED** without prejudice.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 13th day of July 2022.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE