FILED JUL 18 '22 PM 12:53 USDCALS

In The United States District Court for
The Southern District of Alabama
Southern District

Joe Nathan James, Jr. #Z-610 §
Plaintiff, §
§
§
Vs. § Civ. Act. No. 1:22-cv-253-TFM-N
§
Terry Raybon, Warden, et.al., §
Defendants §

## Notice of Appeal

The Plaintiff gives notice of intent to appeal in this civil action, to the Eleventh Circuit Court of Appeals.

Done this 15th day of July 2022

Joe N. James #Z-610
Plaintiff

Address: Joe N. James #Z-610
K-25
Holman 3700
Atmore, AL. 36503

Joe ANT #2
K-25
Holman 3700
Atmore, AL. 36503

Legal Mail

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated. and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

MOBILE AL 366
15 JUL 2022 PM 2 L

United States District Court
Southern District of Alabama
Clerk
155 St. Joseph Street
Mobile, Alabama 36602

36602-368399