APPEAL,CLOSED2022,DP

# U.S. District Court
## SOUTHERN DISTRICT OF ALABAMA (Mobile)
## CIVIL DOCKET FOR CASE #: **1:22−cv−00253−TFM−N**

| | |
|---|---|
| James v. Raybon et al | Date Filed: 06/27/2022 |
| Assigned to: District Judge Terry F. Moorer | Date Terminated: 07/13/2022 |
| Referred to: Magistrate Judge Katherine P. Nelson | Jury Demand: None |
| Cause: 42:1983 Prisoner Civil Rights | Nature of Suit: 550 Prisoner: Civil Rights |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Joe Nathan James, Jr.**  represented by  **Joe Nathan James, Jr.**
Z−610
Holman Correctional Facility
Holman 3700
Atmore, AL 36503−3700
PRO SE

V.

**Defendant**

**Terry Raybon**  represented by  **Richard Dearman Anderson**
*Warden at Holman Prison*
Office of the Attorney General of Alabama
Capital Litigation
501 Washington Ave.
Montgomery, AL 36130−0152
(334) 353−2021
Email: Richard.Anderson@alabamaag.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**John Hamm**  represented by  **Richard Dearman Anderson**
*Commissioner at Department of Corrections*
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Julia Jordan Weller**  represented by  **James W. Davis**
*Clerk at Supreme Court of Alabama*
Office of the Attorney General
501 Washington Ave.
Montgomery, AL 36130−0152
334−353−1356
Fax: 334−353−8440
Email: Jim.Davis@AlabamaAG.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Steve Marshall**　　　　　　　　　　　represented by　**Richard Dearman Anderson**
*Attorney General, State of Alabama*　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　　*Bar Status: Active*

**Defendant**

**Earl Marsh, Jr.**　　　　　　　　　　　represented by　**James W. Davis**
*Marshal, Appellate Courts of Alabama*　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　　*Bar Status: Active*

**Defendant**

**Sheriff of Jefferson County**　　　　　represented by　**Bruce L. Gordon**
　　　　　　　　　　　　　　　　　　　　　　　　　　Gordon, Dana, Still, Knight & Gilmore, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　600 University Park Place, Suite 100
　　　　　　　　　　　　　　　　　　　　　　　　　　Birmingham, AL 35209
　　　　　　　　　　　　　　　　　　　　　　　　　　205−874−7950
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: bgordon@gattorney.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　　*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/27/2022 | 1 | | PRISONER COMPLAINT [For Inmate Action] Under 42 USC Section 1983 against John Hamm, Earl Marsh, Jr, Steve Marshall, Terry Raybon, Sheriff of Jefferson County, Julia Jordan Weller, filed by Joe Nathan James, Jr. 90 day Rule 4m deadline set for 9/26/2022.; referred to Judge Moorer (mab) (Entered: 06/28/2022) |
| 06/27/2022 | 2 | | MOTION for Leave to Proceed in forma pauperis filed by Joe Nathan James, Jr.; Referred to Judge Terry F. Moorer. (mab) (Entered: 06/28/2022) |
| 06/29/2022 | | | MOTION for Preliminary Injunction filed by Joe Nathan James, Jr. (SEE DOCS. 1 & 3 ) (Referred to J/Moorer) (tot) (Entered: 06/29/2022) |
| 06/29/2022 | 3 | | Order GRANTING Plf's 2 MOTION for Leave to Proceed in forma pauperis as set out. The Clerk is DIRECTED to furnish a copy of this order to the account clerk at Holman Correctional Facility. The Court is construing the Complaint as containing a MOTION for Preliminary Injunction to which Dft shall file a response on or before 7/8/2022. In addition to the normal method of serving this Order & Complaint, the Clerk is DIRECTED to send a copy of this information to Dft by expedited means as set out. Signed by District Judge Terry F. Moorer on 6/29/22. (e−mailed to Office Attny Gen of the State of Alabama, Warden Terry Raybon, & Office of Commissioner of ADOC on 6/29/22; copy mailed to Plf & Account Clerk @ Holman Correctional Facility on 6/29/22; & copy to |

| | | | |
|---|---|---|---|
| | | | Attny Gen of the State of Alabama, Warden Terry Raybon, & John Q. Hamm, Commissioner of ADOC, via overnight delivery on 6/29/22) (tot) (Entered: 06/29/2022) |
| 06/29/2022 | 4 | | NOTICE of Appearance by Richard Dearman Anderson on behalf of John Hamm (Anderson, Richard) (Entered: 06/29/2022) |
| 07/01/2022 | 5 | | NOTICE of Appearance by Richard Dearman Anderson on behalf of John Hamm, Steve Marshall, Terry Raybon (Anderson, Richard) (Entered: 07/01/2022) |
| 07/06/2022 | 6 | | MOTION to Dismiss *Plaintiff's Complaint* filed by John Hamm, Steve Marshall, Terry Raybon. (Attachments: # 1 Exhibit A) (Anderson, Richard) (Entered: 07/06/2022) |
| 07/06/2022 | | | MOTIONS REFERRED: 6 MOTION to Dismiss *Plaintiff's Complaint* Referred to Judge Terry F. Moorer. (mab) (Entered: 07/06/2022) |
| 07/07/2022 | 7 | | MOTION to Dismiss filed by Earl Marsh, Jr, Julia Jordan Weller. (Davis, James) (Entered: 07/07/2022) |
| 07/07/2022 | | | MOTIONS REFERRED: 7 MOTION to Dismiss Referred to Judge Terry F. Moorer. (mab) (Entered: 07/07/2022) |
| 07/08/2022 | 8 | | NOTICE of Appearance by Bruce L. Gordon on behalf of Sheriff of Jefferson County (Gordon, Bruce) (Entered: 07/08/2022) |
| 07/08/2022 | 9 | | MOTION to Dismiss *Plaintiff's Complaint* filed by Sheriff of Jefferson County. (Gordon, Bruce) (Entered: 07/08/2022) |
| 07/08/2022 | | | MOTIONS REFERRED: 9 MOTION to Dismiss *Plaintiff's Complaint* Referred to Judge Terry F. Moorer. (mab) (Entered: 07/08/2022) |
| 07/13/2022 | 10 | | MEMORANDUM OPINION AND ORDER DENYING James's Motion for a Preliminary Injunction staying his execution. It is ORDERED that James' Complaint 1 is DISMISSED without prejudice because Plt's claims are either frivolous or fail to state a claim upon which relief can be granted. As a result, the Defendants' Motions to Dismiss 6 , 7 , 9 are DENIED as moot. The Clerk is DIRECTED to send a copy of the Memorandum Opinion & Order to Plf by overnight mail, & defense counsel is to send a copy to the Warden by either electronic mail or facsimile w/the instructions that a copy of this Memorandum Opinion & Order be given to the Plf immediately upon receipt. (copy sent to Plf by UPS overnight mail & to Terry Raybon, Warden @ Holman Correctional Facility, by e−mail on 7/13/22) Signed by District Judge Terry F. Moorer on 7/13/2022. (fz) (Entered: 07/13/2022) |
| 07/13/2022 | 11 | | JUDGMENT, this action is DISMISSED without prejudice in accordance w/the Memorandum Opinion & Order entered this date. The Clerk is DIRECTED to enter this document on the civil docket as the Final Judgment as set out. (copy sent to Plf by UPS overnight mail & to Terry Raybon, Warden @ Holman Correctional Facility, by e−mail on 7/13/22) Signed by District Judge Terry F. Moorer on 7/13/2022. (fz) (Entered: 07/13/2022) |
| 07/18/2022 | 12 | | NOTICE OF APPEAL as to 11 Judgment, by Joe Nathan James, Jr. (cjr) (Entered: 07/18/2022) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOE NATHAN JAMES, JR., <br> AIS 000Z610 <br> <br> Plaintiff, <br> <br> vs. <br> <br> TERRY RAYBON, Warden, *et. al.*, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIV. ACT. NO. 1:22-cv-253-TFM-N <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is

**ORDERED**, **ADJUDGED** and **DECREED** that this action is **DISMISSED** without prejudice.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 13th day of July 2022.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

FILED JUL 18 '22 PM 12:53 USDCALS

In The United States District Court for
The Southern District of Alabama
Southern District

Joe Nathan James, Jr. #Z-610 §
  Plaintiff, §
                                          §
                                          §
Vs.                                       § Civ. Act. No. 1:22-cv-253-
                                          )          TFM-N
                                          )
Terry Raybon, Warden, et.al.,             )
  Defendants                              §

## Notice of Appeal

The Plaintiff gives notice of intent to appeal in this civil action, to the Eleventh Circuit Court of Appeals.

Done this 15th day of July 2022

                               Joe N. James #Z-610
                                  Plaintiff

Address: Joe N. James #Z-610
         K-25
         Holman 3700
         Atmore, AL. 36503

Case 1:22-cv-00253-TFM-N   Document 13   Filed 07/18/22   Page 6 of 6   PageID #: 86

Joe N~~~ #2
K-25
Holman 3700
Atmore, AL. 36503

Legal Mail

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated. and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

MOBILE AL 366
15 JUL 2022 PM 2 L

United States District Court
Southern District of Alabama
Clerk
155 St. Joseph Street
Mobile, Alabama 36602

36602-368399