# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 24, 2022

Clerk - Southern District of Alabama
U.S. District Court
155 ST JOSEPH ST
STE 123
MOBILE, AL 36602

Appeal Number: 22-12346-P
Case Style: Joe Nathan James, Jr v. Warden, Holman Prison, et al
District Court Docket No: 1:22-cv-00253-TFM-N

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-12345

_____

JOE NATHAN JAMES, JR

                                                                 Plaintiff-Appellant,

*versus*

ATTORNEY GENERAL, STATE OF ALABAMA,

                                                                 Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:22-cv-00241-TFM-N

_____

_____

2                                                                                          22-12345

No. 22-12346

_____

JOE NATHAN JAMES, JR

                                            Plaintiff-Appellant,

*versus*

HOLMAN CF WARDEN,
COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS,
ATTORNEY GENERAL, STATE OF ALABAMA,
CLERK - ALABAMA SUPREME COURT,
MARSHAL, APPELLATE COURTS OF ALABAMA,
SHERIFF OF JEFFERSON COUNTY,

                                            Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:22-cv-00253-TFM-N

_____

JUDGMENT

22-12345            Opinion of the Court            3

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 26, 2022

For the Court: DAVID J. SMITH, Clerk of Court